ROBERT MACDONALD et al., Appellants, *v.* ANNA WALLSTEIN et al., Respondents.

(Argued February 2, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 6, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and also affirmed an order denying a motion for a new trial.

*Blumensteil & Hirsch* for appellants.

*Benno Loewy* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.